PROB 12C
(6/16)

Report Date: March 31, 2025

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Santos Gomez, Jr. | Case Number: 0980 2:14CR00057-TOR-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Quincy, Washington 98848 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 | |
| Original Sentence: | Prison - 144 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 11, 2023 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: October 10, 2028 |

### PETITIONING THE COURT

To issue a summons.

On October 16, 2023, an officer reviewed the conditions of supervision with Mr. Gomez. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall to urinalysis testing ( which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Mr. Gomez is considered to be in violation of his supervised release conditions by consuming methamphetamine on or about March 18, 2025. |
| | **Supporting Evidence**: On March 18, 2025, this officer collected a urinalysis (UA) from Mr. Gomez at his residence in Quincy, Washington. The UA showed presumptive positive results for the presence of methamphetamine. Mr. Gomez denied consuming any controlled substances and the UA was sent to Alere Toxicology Services for testing. On March 25, 2025, probation received a drug test report confirming positive results for methamphetamine. |

Prob12C
**Re: Gomez, Santos**
**March 31, 2025**
**Page 2**

On March 28, 2025, Mr. Gomez reported to the probation office as directed and was confronted about the positive drug test report. Mr. Gomez then admitted to consuming methamphetamine on or about March 18, 2025.

2  **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: Mr. Gomez is considered to be in violation of his supervised release conditions by consuming methamphetamine on or about March 28, 2025.

**Supporting Evidence**: On March 28, 2025, Mr. Gomez reported to the probation officer as directed and admitted to consuming methamphetamine on March 28, 2025. After he admitted to consuming a controlled substance, he provided a UA that showed presumptive positive results for the presence of methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Mr. Gomez to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 31, 2025

s/Phil Caey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

April 1, 2025
Date