PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 6, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2025

SEAN F. MCAVOY, CLERK

Name of Offender: Santos Gomez, Jr.    Case Number: 0980 2:14CR00057-TOR-2

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2015

Original Offense: Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence: Prison - 144 Months;    Type of Supervision: Supervised Release
TSR - 60 Months

Asst. U.S. Attorney: Caitlin A. Baunsgard    Date Supervision Commenced: October 11, 2023

Defense Attorney: Ryan Mark Farrell    Date Supervision Expires: October 10, 2028

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/31/2025.

On October 16, 2023, Mr. Santos Gomez, Jr., signed his conditions relative to case number 2:14CR00057-TOR-2, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Gomez is alleged to have violated special condition number 15 by ingesting methamphetamine, previously occurring on or about May 4, 2025, based on both urinalysis testing and the subject's admission of such use. |
| | Specifically, on May 5, 2025, Mr. Gomez reported to the U.S. Probation Office in Spokane as directed. As a part of the contact, Mr. Gomez was directed to submit to urinalysis testing, prior to which he indicated continued sobriety. Upon submitting a urinalysis sample for testing, the sample was observed by the undersigned officer to be presumptive positive for |

Prob12C
Re: Gomez, Jr., Santos
May 6, 2025
Page 2

methamphetamine. Mr. Gomez was confronted as to the information, and ultimately admitted to ingesting the substance the day prior, May 4, 2025, due in part to ongoing stress and the result of a failed relationship. Mr. Gomez did sign a drug use admission form serving to document his verbal admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

May 8, 2025
Date