PROB 12C
(6/16)

Report Date: May 21, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Santos Gomez, Jr. | Case Number: 0980 2:14CR00057-TOR-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | | |
| Original Sentence: | Prison - 144 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 11, 2023 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: | October 10, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/31/2025 and 05/06/2025.

On October 16, 2023, Mr. Santos Gomez, Jr., signed his conditions relative to case number 2:14CR00057-TOR-2, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Gomez is alleged to have violated special condition number 15 by ingesting methamphetamine, previously occurring on or about May 8, 2025, based on both urinalysis testing and the subject's admission of such use. |
| | Specifically on May 8, 2025, Mr. Gomez reported for random urinalysis testing with the U.S. Probation Office's contract provider in Spokane as required. During testing, Mr. Gomez submitted a sample that tested presumptive positive for both amphetamine and methamphetamine. Following testing, Mr. Gomez signed a drug use admission form admitting to his use of the substances occurring on or about May 8, 2025. |

Prob12C
**Re: Gomez, Jr., Santos**
**May 21, 2025**
**Page 2**

On May 9, 2025, Mr. Gomez was contacted telephonically following the aforementioned drug testing results being received by the undersigned officer. Upon being confronted, Mr. Gomez denied intentionally ingesting methamphetamine, but indicated that he had been intimate with a female, following which he later learned that she used methamphetamine through vaginal administration. Given the circumstances, and specifically Mr. Gomez' denial of intentional use, court notification was suspended pending confirmation of laboratory testing.

On May 16, 2025, the undersigned officer received a laboratory report from the contract laboratory provider, confirming the subject's May 8, 2025, urinalysis sample as being confirmed for both methamphetamine and amphetamine.

5    **Special Condition #15**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gomez is alleged to have violated special condition number 15 by ingesting methamphetamine, previously occurring on or about May 18, 2025, based on both urinalysis testing and the subject's admission of such use.

Specifically, on May 19, 2025, Mr. Gomez was contacted telephonically by the undersigned officer and directed to report for random urinalysis testing. During the call, Mr. Gomez admitted that he was not "clean." Mr. Gomez subsequently reported as directed at approximately 3 p.m. on the day in question and indicated his having relapsed on methamphetamine the day prior, on or about May 18, 2025, advising that his relapse occurred following his learning of the unexpected passing of an acquaintance and his separation from a recent romantic interest. Mr. Gomez submitted to urinalysis testing, the result of which tested presumptive positive for both amphetamine and methamphetamine.

Mr. Gomez did sign a drug use admission form on the day in question, serving to memorialize his admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 21, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Gomez, Jr., Santos**
**May 21, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_/s/ Thomas O. Rice_
Signature of Judicial Officer

May 21, 2025
Date