PROB 12C
(6/16)

Report Date: June 6, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Santos Gomez, Jr.                    Case Number: 0980 2:14CR00057-TOR-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 |
| Original Sentence: | Prison - 144 Months; TSR - 60 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Date Supervision Commenced: | October 11, 2023 |
| Defense Attorney: | Ryan Mark Farrell |
| Date Supervision Expires: | October 10, 2028 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/31/2025, 05/06/2025 and 05/21/2025.

On October 16, 2023, Mr. Santos Gomez, Jr., signed his conditions relative to case number 2:14CR00057-TOR-2, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| 7 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Gomez is alleged to have violated mandatory condition number 2 and mandatory condition number 3 by possessing a controlled substance, methamphetamine, and by subsequently being arrested by the Airway Heights Police Department on or about June 4, 2025, for the offense of Possession of a Controlled Substance, in violation of R.C.W. 69.50.4013, a gross misdemeanor.

Prob12C
Re: Gomez, Jr., Santos
June 6, 2025
Page 2

Specifically, on June 4, 2025, the undersigned officer received numerous automated notifications indicating that the subject's name had been run by law enforcement. At 3:24 a.m., the undersigned officer received a text message from the subject indicating he had an "incident" in Airway Heights, Washington, and that he was booked and released. Mr. Gomez further indicated he had been given a court date, where he intended to prove that there had been a "misunderstanding."

On June 4, 2025, at approximately 3 p.m., a scheduled home contact was conducted with Mr. Gomez at his residence, in which he described the nature of his contact with law enforcement that had occurred earlier that morning. Mr. Gomez detailed his having made a food delivery to the casino in Airway Heights early that morning, as a result of current employment. Mr. Gomez indicated that upon exiting the casino, he was stopped by casino staff, who then contacted the Airway Heights Police Department, who responded. Mr. Gomez was informed that something had fallen out of his pocket while in the casino, and that they believed the item to be drugs. Mr. Gomez denied intentionally possessing any form of illicit substance.

On June 5, 2025, the undersigned officer received the police report from the Airway Heights Police Department, summarizing the evidence against Mr. Gomez. According to the report, on June 4, 2025, at approximately 2:27 a.m., Airway Heights police officers were dispatched to the Spokane Tribe Casino. Upon arrival, casino staff advised that a male at the casino had dropped a "baggie" of suspected drugs from his pocket. Mr. Gomez was contacted and identified by the responding officer, following his having been stopped by casino staff. The officer took possession of the baggie in question and recognized the contents as methamphetamine based on his training and experience. The responding officer then viewed the casino's surveillance footage, and observed Mr. Gomez to be standing and talking to a group of people, when he reached into his front right pocket to grab something. The officer noted that as Mr. Gomez removed his hand from the pocket, a baggie was clearly observed falling to the floor, where there was nothing prior. A short time later a roving security guard picked up the baggie, and the subsequent investigation ensued.

The report notes that Mr. Gomez was placed under arrest, read his Miranda rights, and searched incident to arrest. Mr. Gomez was then cited, advised as to his scheduled court date and released by the officer. The evidence was subsequently weighed by the officer, and described as weighing 1.8 grams of total package weight. Mr. Gomez' next scheduled court hearing relative to this matter is currently set to occur on June 9, 2025, at 10 a.m.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 6, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Gomez, Jr., Santos
June 6, 2025
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

June 6, 2025
Date