PROB 12C
(6/16)

Report Date: July 9, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Santos Gomez, Jr.            Case Number: 0980 2:14CR00057-TOR-2

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 5, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | | |
| Original Sentence: | Prison - 144 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 11, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | October 10, 2028 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/31/2025, 05/06/2025, 05/21/2025 and 06/06/2025.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Gomez is alleged to have violated special condition number 15 by testing positive for amphetamine, methamphetamine, cocaine metabolite, and fentanyl, previously occurring on or about June 25, 2025, based on sweat patch testing. |
| | On June 25, 2025, a sweat patch was applied to Mr. Gomez' arm for the purpose of ongoing drug monitoring. On June 30, 2025, Mr. Gomez reported to the U.S. Probation Office as directed, and the sweat patch was removed and packaged for laboratory testing. Mr. Gomez denied illicit drug use. On July 8, 2025, the U.S. Probation Office received the laboratory report regarding Ms. Gomez' submitted sweat patch, which confirmed the sample as being positive for amphetamine, methamphetamine, cocaine metabolite and fentanyl. |

Prob12C
Re: Gomez, Jr., Santos
July 9, 2025
Page 2

On July 8, 2025, Mr. Gomez reported to the U.S. Probation Office in Spokane as directed and was confronted as to the test result. Mr. Gomez indicated continued sobriety, and stated that he was unsure how the sweat patch could have returned positive.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 9, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: The violation will be addressed at the Revocation hearing on 7/9/2025.

Thomas O. Rice
United States District Judge
July 9, 2025
Date